UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN JOYER,

    Plaintiff,

v.    CASE NO.: 817-cv-02450-EAK-AEP

ADT SECURITY SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** JOHN JOYER, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JOHN JOYER, and Defendant, ADT SECURITY SERVICES, LLC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 6th day of December, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

    Respectfully submitted,

    */s/Heather H. Jones*
    Heather H. Jones, Esq.
    Florida Bar No. 0118974
    William "Billy" Peerce Howard, Esq.
    Florida Bar No. 0103330
    THE CONSUMER PROTECTION FIRM, PLLC
    210-A South MacDill Avenue
    Tampa, FL 33609
    Telephone: (813) 500-1500, ext. 205
    Facsimile: (813) 435-2369
    Heather@TheConsumerProtectionFirm.com
    Billy@TheConsumerProtectionFirm.com
    *Attorney for Plaintiff*